```
JOSEPH SCHLESINGER, #87692
Acting Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
GUADALUPE VASQUEZ-ROJAS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> GUADALUPE VASQUEZ-ROJAS, ) <br> ) <br> *Defendant*. ) <br> _____ ) | NO. 1:12-cr-00433 AWI <br><br> STIPULATION TO ADVANCE STATUS <br> CONFERENCE HEARING;  ORDER <br><br><br> Date: January 14, 2013 <br> Time: 10:00 A.M. <br> Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Megan A.S. Richards, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Guadalupe Vasquez-Rojas, that the status conference currently set for February 19, 2013 at 10:00 a.m., **may be advanced and rescheduled to January 14, 2013, at 10:00 a.m for change of plea and sentencing hearing.**

The parties have entered into a plea agreement and have agreed to set the matter for change of plea and sentencing on January 14, 2013.

///

///

///

BENJAMIN B. WAGNER

United States Attorney

Dated: January 10, 2013

/s/ Megan A.S. Richards
MEGAN A.S. RICHARDS
Special Assistant United States Attorney
Attorney for Plaintiff


JOSEPH SCHLESINGER
Acting Federal Defender

Dated: January 10, 2013

/s/ Peggy Sasso
PEGGY SASSO
Assistant Federal Defender
Attorney for Defendant
GUADALUPE VASQUEZ-ROJAS

**ORDER**

IT IS SO ORDERED.

Dated: January 11, 2013

UNITED STATES DISTRICT JUDGE